**Order entered August 13, 2015**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-15-00199-CR
No. 05-15-00221-CR

**ROBERT WORLEY KYRIAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31131CC, 12CL-1053**

## ORDER

The Court **REINSTATES** the appeals.

On July 10, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 10, 2015, appellant tendered his brief, together with an extension motion. On August 11, 2015, appellant filed a motion to strike the brief in cause no. 05-15-00199-CR because it was incorrect and to show the copy filed in 05-15-00221-CR as filed in both appeals. We have reviewed the briefs filed and note that in the table of contents, appellant raises an issue regarding the sufficiency of the evidence to a conviction for unlawful restraint, but the body of the brief in each case discusses the convictions for other offenses and

raises an issue related to the trial court's admonishments.  Accordingly, we **GRANT** the motion to strike as follows.

We **STRIKE** the brief filed as to both cause numbers.  We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that applies to both cause numbers that correctly identifies in the table of contents the issue presented in the appeals.

We **DENY** as moot the August 10, 2015 motion to extend time to file appellant's brief.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.


/s/     LANA MYERS
        JUSTICE